**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:13-CV-00110-MOC-DSC**

| | | |
|---|---|---|
| **MICHELLE ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CAROLINA DIGESTIVE HEALTH ASSOCIATES, P.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the "Application(s) for Admission to Practice Pro Hac Vice [for William H. Foster" ] (document # 10) filed September 17, 2013.  For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: September 17, 2013

David S. Cayer
United States Magistrate Judge